UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JILL L OTIS,

        Plaintiff,

        v.                                      Case No. 21-C-955

LISA MANSKE and
LORI SALEY

        Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Jill Otis filed this action against Defendants Lisa Manske and Lori Saley on August 12, 2021. On August 19, 2021, Magistrate Judge Stephen C. Dries screened the complaint, dismissing it without prejudice, but allowing Otis the opportunity to amend the complaint. Otis did so, and on August 30, 2021, she filed her amended complaint against Defendants. Shortly thereafter, on September 1, 2021, Magistrate Judge Dries filed a Report and Recommendation, recommending that Otis' complaint be dismissed with prejudice, and that her motion to proceed *in forma pauperis* be denied. Otis filed a single objection, noting that her "cause is that [she] did not have a fair hearing." Dkt. No. 7.

But Otis' objection has already been adequately addressed by Magistrate Judge Dries' Report and Recommendation. Magistrate Judge Dries noted that housing benefits may be terminated for criminality without a conviction, and that neither the right to confront accusers, nor the right to be free from hearsay evidence, exist in administrative hearings to terminate housing benefits. These were the primary issues that Otis described in her amended complaint, and Otis raises no other objections with Magistrate Judge Dries' Report and Recommendation. Thus, after

careful consideration of the Report and Recommendation, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the case dismissed. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** at Green Bay, Wisconsin this 20th day of September, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge